[No. 42024-4-II.    Division Two.    September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE A. TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01936-1, Paula Casey, J., entered March 22, 2011. *Reversed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.

[No. 42136-4-II.    Division Two.    September 11, 2012.]

SUSAN KARLMANN, *Appellant*, v. DAMIANN D. KEGNEY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-2-02624-8, Jay B. Roof, J., entered April 22, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 42172-1-II.    Division Two.    September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DAVID CADATAL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01619-0, Ronald E. Culpepper, J., entered May 13, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Van Deren, J.

[No. 42390-1-II.    Division Two.    September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIE GUIZELLE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04171-2, Linda CJ Lee, J., entered July 15, 2011. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.